TXEB Local Form 3015-c (effective 11-1-12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

IN RE:

|  |  |  |
|---|---|---|
| **Cornelius Conrad Chase** | § | |
| Last 4 Digits of Tax ID No. **xxx-xx-5291** | § | Case No. 26-40085 |
| Debtor's Address | § | |
| **1817 Ordonez Dr** | § | |
| **Little Elm, TX 75068-0000** | § | |
| | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

## DECLARATION OF DEBTORS UNDER PENALTY OF PERJURY REGARDING STATUS OF POST-PETITION OBLIGATIONS AS OF CHAPTER 13 PLAN CONFIRMATION HEARING

I/We, as the Debtor(s) in the above-referenced case, declare under penalty of perjury that as of the date of this declaration:

(1)     I /We ☑ **have** ☐ **have not**: proposed a plan under which certain claims shall be paid directly by me/us rather than through the Chapter 13 trustee. I/we acknowledge that this includes any claim secured only by a security interest in real property that is my/our principal residence <u>and</u> any other secured claim that I/we have proposed to pay directly (a "direct payment obligation" or "DPO").

(2)     Each DPO arising under my/our proposed plan are as follows:

| Recipient of DPO Payment: | Collateral: | Due Date of Monthly Payment |
|---|---|---|
| Hyundai Motor Finance | 2026 Palisade | 17th |
| TB Bank /Cadillac Financial | 2025 Cadillac LYRIQ | 17th |

(3)     I/we have paid every DPO that has become due and payable from the date of the filing of my/our bankruptcy case to the date of this declaration;

(4)     ☐ I/we have paid every "domestic support obligation" ("DSO"), as defined in 11 U.S.C. §101(14A), that has become due and payable from the date of the filing of my/our bankruptcy case to the date of this declaration — to [*name recipient*] : _____
**OR**
☑ I/we owe no domestic support obligation;

(5)     I/we acknowledge that any false statement made herein may result in the imposition of sanctions including, but not limited to, the dismissal of this case with prejudice to my/our rights to re-file for bankruptcy relief for a stated period of time.

Date: 3/18/2026 _____      Signature: _____
**Cornelius Conrad Chase**
Debtor

Date: 3/18/2026 _____      Signature: _____
**Robert Neil Shingler, Jr**
Joint Debtor, if any