Fill in this information to identify you case:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

56 / 6

Debtor 1   **Cornelius Conrad Chase**
First Name   Middle Name   Last Name

Debtor 2   **Robert Neil Shingler, Jr**
(filing spouse)
First Name   Middle Name   Last Name

Case Number:   **26-40085**

**TXEB Local Form 3015-b**

## ORDER CONFIRMING CHAPTER 13 PLAN

**Adopted: Dec 2017**

Upon completion of a hearing upon proper notice to consider the confirmation of the Chapter 13 Plan proposed by the Debtor[1] (the "Plan"), wherein the Court has determined that all of the requisite requirements for confirmation pursuant to § 1325[2] have been fulfilled by the Debtor, and that all objections to plan confirmation have been overruled or resolved by agreement, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED:**

1. The Debtor's Plan filed on __1/7/2026__ [dkt # _6_ ], as amended by this Order, is **CONFIRMED**.

2. The Debtor shall pay:

   ☐ **Constant Payments:** _____ per month for _____ months.

   ☑ **Variable Payments:** for _60_____ months pursuant to the schedule set forth in **Exhibit A** to this Order,

   together with those portions of any tax refunds required to be tendered under § 2.4 of the Plan, to:

   **Carey D. Ebert**
   **P.O. Box 628**
   **Tyler, TX 75710**

   beginning ___2/6/2026_____ and continuing until all of the allowed claims provided for by the Plan have been paid in accordance with the provisions of the Plan, this Order, or any subsequent order of the Court.

3. Excepting adequate protection payments authorized to be paid by LBR 3015(c), and only to the extent funds are available, the Trustee shall make disbursements on a monthly basis to the holders of allowed claims as set forth in the terms of the Plan and as modified by this Order; provided, however, that the Trustee shall not be required to pay any dividend to any claimant in an amount less than $15.00 and any dividends deferred under this provision shall be paid when the accumulation of payments due to such claimant shall exceed the sum of $15.00. Upon the filing of any plan modification motion, however, the Trustee is authorized to suspend disbursements to the holders of allowed claims pending the resolution of that motion in order to determine the effect of the modification upon future disbursements.

4. Pursuant to LBR 3015(f)(1), the Plan is amended through this Order **without the necessity of further disclosure to creditors** in the following manner:

[1] The use of the singular term "Debtor" in this Order includes both debtors when the case has been initiated by the filing of a joint petition by spouses.
[2] All statutory references contained in this Order refer to the Bankruptcy Code, located in Title 11, United States Code.

Debtor __**Cornelius Conrad Chase**__
__**Robert Neil Shingler, Jr**__          Case number ___**26-40085**___

| 1.3 | Potential termination and removal of lien based upon alleged unsecured status of claim of lienholder, as set forth in § 3.11 of this Plan. | ☐ Included | ☑ Not Included |
|---|---|---|---|

**3.5** **Direct Payment of Secured Claims Not in Default.** [*Check one*]

☐ **None.** *If "None" is checked, the remainder of § 3.5 need not be completed.*

☑ **Direct Claims.**

| Claimant | Collateral Description | Total Claim Amount on Petition Date | Collateral Value on Petition Date | Contract Interest Rate | Monthly Payment per Contract | Party to Make Payment | Date of Final Monthly Payment |
|---|---|---|---|---|---|---|---|
| 1. **Hyundai Motor Finance** | **2026 Hyundai Palisade 1000 miles** | **$52,948.00** Month 1 through | **$53,250.00** | 0.00% | $851.00 | ☑ Debtor ☐ Co-Debtor ☐ Third Party | ___ ☐ Exceeds Plan Term |
| Justification: | | | | | | | |

**3.11** **Lien Removal Based Upon Unsecured Status.** [*Check one*]

☑ **None.** *If "None" is checked, the remainder of § 3.11 need not be completed.*

**4.6** **Priority Claims: Taxes and Other Priority Claims Excluding Attorney's Fees and DSO Claims.** [*Check one*].

☐ **None.** *If "None" is checked, the remainder of § 4.6 need not be completed.*

☑ **Other Priority Claims.**

| Priority Claimant | Projected Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
| 1. **IRS CIO** | $**9,856.00** | $**Pro-Rata** |

**6.1** **General Rule – Rejection.** The executory contracts and unexpired leases of the Debtor listed below are **ASSUMED** and will be treated as specified in § 3.2 of the Plan.  All other executory contracts and unexpired leases of the Debtor are **REJECTED**.

☑ **Assumed Contracts/Leases.** Current installment payments for any assumed executory contract or unexpired lease agreement constitute a direct payment obligation ("DPO") of the Debtor for which the Debtor shall serve as the disbursing agent. Payments to cure existing arrearages will be disbursed by the Trustee. All claims arising from the assumption of the following executory contracts or unexpired leases will be treated as specified in § 3.2 of the Plan and must be listed therein in order to be assumed.

| Counterparty | Description of Assumed Executory Contract or Leased Property |
|---|---|
| 1. **ACAR Leasing LTD d/b/a GM Financial Leasing** | 2025 Cadillac LYRIQ |

Debtor   **Cornelius Conrad Chase**
**Robert Neil Shingler, Jr**

Case number   **26-40085**

**9.2   ACAR's claim shall be removed from Sections 3.5 and 3.11 of the Plan.**

**SIGNED:**

Signed on 03/26/2026

_Brenda T. Rhoades_   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

**X   Carey D. Ebert**

**Date**

**X   /s/ Mark S Rubin**
   **Attorney for Debtor**

**Date**

**X   Stephen G. Wilcox**
   **Attorney for ACAR Leasing LTD d/b/a GM**
   **Financial Leasing**

**Date**

Debtor ___**Cornelius Conrad Chase**
**Robert Neil Shingler, Jr**___                                    Case number ___**26-40085**___

## Exhibit A

The debtor will pay **$2,675.00** for first **3** month(s),
**$3,500.00** each month for next **57** month(s)